IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANNETTE TAYLOR, on behalf of herself and all others similarly situated;<br><br>     Plaintiff,<br><br> vs.<br><br>MERCHANTS CREDIT ADJUSTORS, INC., and  PANSING, HOGAN, ERNST & BACHMAN, L.L.P.,<br><br>     Defendants. | **8:16CV452**<br><br><br>**ORDER FOR PROGRESSION** |

This matter is before the Court on the parties' Stipulation Regarding Scheduling. (Filing No. 60.) The Stipulation is adopted and approved.

**IT IS ORDERED:**

1.  The parties may conduct discovery necessary to respond to or file motions for class certification and summary judgment until August 25, 2017. This deadline does not impact any currently set discovery deadlines or that to be set upon the ruling on class certification.

2.  The deadline for Defendants to file motions for summary judgment is August 31, 2017.

3.  Defendants' briefs in opposition to Plaintiff's Motion for Class Certification (Filing No. 38) and Motion for Partial Summary Judgment (Filing No. 32) shall be submitted by September 6, 2017.

4.  Plaintiff's opposition to motions for summary judgment filed by Defendants and Plaintiff's reply briefs in support of her Motion for Class Certification and Motion for Partial Summary Judgment shall be submitted by October 5, 2017.

5.  Reply briefs in support of Defendants' future motions for summary judgment shall be submitted by November 3, 2017.

Dated this 13th day of July, 2017.

         BY THE COURT:

         s/ Susan M. Bazis
         United States Magistrate Judge