IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANNETTE TAYLOR, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>MERCHANTS CREDIT ADJUSTORS, INC., and PANSING, HOGAN, ERNST & BACHMAN, L.L.P.,<br><br>Defendants. | 8:16CV452<br><br>PROGRESSION ORDER |

The parties have reached a settlement in this case and have stipulated to post-settlement progression deadlines. ([Filing No. 63](#).) This stipulation is approved.

Accordingly,

**IT IS ORDERED:**

1. The parties shall sign the settlement agreement by September 29, 2017.
2. The preliminary approval documents shall be filed by October 16, 2017.
3. Defense counsel shall send required CAFA notices within 10 days of the filing of the motion for preliminary approval.
4. The deadline for notice to class members is 45 days after the order on the motion for preliminary approval is entered.
5. The deadline for class members to file claims or opt out of settlement is 60 days after notice is first sent by the class administrator.
6. The deadline for class members' appearances and/or objections is 60 days after notice is first sent by the class administrator.
7. The deadline for the parties' motion for final approval of class settlement is 90 days after notice is first sent by the class administrator.

8. The hearing on final approval of class settlement will be set at a later time, but not less than 90 days after the CAFA notice is sent.

Dated this 14th day of September, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge