# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANNETTE TAYLOR, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 8:16-CV-452 |
| v. ) ) | |
| MERCHANTS CREDIT ADJUSTERS, INC. and PANSING, HOGAN, ERNST & BACHMAN, L.L.P., ) ) ) ) | **ORDER ON STIPULATION RE: CLERICAL ERROR IN SETTLEMENT AGREEMENT** |
| Defendants. ) ) ) | |

This matter is before the Court on the Stipulation filed by Plaintiff, Jannette Taylor, and Defendants, Pansing Hogan Ernst & Bachman, L.L.P. and Merchants Credit Adjusters, Inc. (collectively the "Parties") regarding a clerical error in the Settlement Agreement.

Having reviewed the Parties' Settlement Agreement that was preliminarily approved on December 8, 2017, the Court finds that the Stipulation should be approved and adopted. Accordingly, IT IS ORDERED that the Stipulation is approved and adopted as follows:

    1.    Paragraph 4.2 of the Settlement Agreement (Filing No. 67-1) shall be corrected to read:

        4.2    Defendant Pansing will establish two separate settlement funds for distribution to the Class Members as follows:

            A. <u>Settlement Fund No. 1 ($23,320.00)</u> – Each Class Member who falls within **FDCPA Class No. 1 and/or FDCPA Class No. 2** and (1) who does not exclude himself or herself from the class; and (2) whose class notice is not returned as undeliverable without a forwarding address, shall share equally in the Settlement Fund amount of

$23,320.00. Settlement Administrator shall distribute checks of equal amount to each Class Member eligible to receive payment under this Paragraph.

2. The correction to the Settlement Agreement has been considered by the Court and incorporated into its Order granting Preliminary Approval to the Class Action Settlement (Filing No. 69) ("Preliminary Approval Order"), which is based on the Findings and Recommendation submitted by Magistrate Judge Bazis on November 22, 2017. (Filing No. 68).

3. The Preliminary Approval Order remains in full effect. Other than as set forth above, no other term or deadline provided for in the Preliminary Approval Order is altered or changed by this Order.

Dated this 22nd day of January, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge