IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Jannette Taylor, on behalf of herself and all others similarly situated; | Case No: 8:16cv452 |
| Plaintiff, | **ORDER TO DESTROY** |
| vs. | |
| MERCHANGTS CREDIT ADJUSTORS, INC. and PANSING, HOGAN, ERNST & BACHMAN, L.L.P., | |
| Defendants. | |

Counsel for the plaintiff notified the court on August 16, 2018 that they wish the following exhibit held by the court in this matter to be destroyed:

Plaintiff's Exhibit No. 1 / Fairness Hearing / May 17, 2018

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED this 16th day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge