## THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

Jannette Taylor on behalf of herself :
and all others similarly situated, : **Case No.: 8:16-CV-452**
 :
   Plaintiff, :
 :
vs. :
 :
Merchant Credit Adjusters, Inc. and :
Pansing, Hogan, Ernst & Bachman, LLP,:
 :
   Defendants. :

## DECLARATION OF WILLIAM L. REINBRECHT CONFIRMING THAT *CY PRES* AWARD IS PAID TO LEGAL AID OF NEBRASKA

I William L. Reinbrecht declare pursuant to the laws of the United States, 28 U.S.C. § 1746, and under the pains and penalty of perjury, that the following statements are true and correct, as I verily believe.

1. I am an adult individual, and resident of the state of Nebraska.

2. I have personal knowledge of the facts and events stated herein and I am competent to testify thereto.

3. This Declaration is made to advise the Court and the Parties that on December 20, 2018, the *cy pres* in this matter totaling $21,543.63 was paid to Legal Aid of Nebraska.

FURTHER DECLARANT SAYETH NOT.

Dated this 21st day of December, 2018, in Omaha, Nebraska.

*/s/William L. Reinbrecht*
William L. Reinbrecht